# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01754-LTB-MEH

JAMEL WALKER,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE, a Federal agency doing business in Colorado, as the UNITED STATES POSTAL SERVICE,
JOHN E. POTTER, in his official capacity as Postmaster General,

    Defendants.
_____

# ORDER
_____

This case is before me on the recommendation of the magistrate judge that Defendants' Motion to Dismiss, or in the Alternative, Motion to Transfer for Improper Venue (Docket No. 4) be granted and that the matter be transferred to the United States District Court for the District of Arizona. The recommendation was issued and served on July 16, 2007 and defendant filed timely written objections to the magistrate judge's recommendation on July 25, 2007. The recommendation is, therefore, reviewed *de novo*. On *de novo* review I conclude that the recommendation is correct.

Plaintiff also filed her "Plaintiff's Response to Recommendation on Motion to Dismiss, or in the Alternative, Motion to Transfer for Improper Venue" (Docket No. 16) filed July 18, 2007. In it plaintiff asserts that she wishes to proceed with this case as previously scheduled by the magistrate judge in his June 14, 2007 Minute Order.

Having concluded that the recommendation to transfer venue is correct, I further conclude that the requested relief (Docket No. 16) is moot.

Accordingly,

IT IS ORDERED that venue in this matter is transferred to the United States District Court for the District of Arizona.

IT IS FURTHER ORDERED that the requested relief (Docket No. 16) is DENIED AS MOOT.

> BY THE COURT:
>
>   s/Lewis T. Babcock
> Lewis T. Babcock, Judge

DATED:   August 6, 2007